BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-6421
 Fax: (916) 324-5205

Attorneys for Defendants Khoury, Cry, Silbaugh, and Kotila
SA2006302409

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT WILLIAM TUNSTALL,**<br><br>Plaintiff,<br><br>v.<br><br>**M. VEAL, WARDEN, ET AL,**<br><br>Defendants. | NO. CIV S:06-0727 LKK PAN P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Good cause appearing, defendants are granted a thirty-day extension of time to respond to plaintiff's Complaint. Defendants' responses to the complaint shall be due on or before Wednesday, September 13, 2006.

DATED: August 14, 2006.

UNITED STATES MAGISTRATE JUDGE

14tuns0727.ext

1