IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM TUNSTALL,

     Plaintiff,                      No. CIV S-06-0727 LKK PAN P

     vs.

M. VEAL, Warden, et al.,

     Defendants.             ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a request entitled request for court ordered access to the inmate law library and staff assistance. In his request, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

       Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's September 1, 2006
2   request for a court-ordered deadline is denied.
3   DATED: September 18, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
tuns0727.80