IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT WILLIAM TUNSTALL,** | 2:06-CV-0727 LKK EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANT GRANNIS' FIRST REQUEST FOR EXTENSION RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **M. VEAL, WARDEN, ET AL,** | |
| Defendants. | |

Good cause appearing, Defendant Grannis is granted an extension of time to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's complaint shall be due on or before June 4, 2007.

Dated: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1