IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT WILLIAM TUNSTALL,**<br><br>Plaintiff,<br><br>v.<br><br>**M. VEAL, WARDEN, ET AL,**<br><br>Defendants. | CASE NO. 2:06-CV-0727 LKK EFB P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE OPPOSITION TO GRANNIS' MOTION TO DISMISS** |

Good cause appearing, Defendant Grannis is granted a 15-day extension of time to respond to the opposition to Grannis's Motion to Dismiss. Defendant's response shall be due on or before July 10, 2007.

Dated: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Request for Extension of Time to Respond to Grannis' Motion to Dismiss*

1