IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                         No. CIV S-06-0727 LKK EFB P

    vs.

M. VEAL, Warden, et al.,

        Defendants.                ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 29, 2007, by order and findings and recommendations, the court granted defendants' motions to dismiss for failure to state a claim upon which relief may be granted, dismissing plaintiff's complaint with leave to amend. That order explained the pleading's deficiencies and gave plaintiff 30 days to file an amended complaint correcting those deficiencies. The recommendations portion of the court's August 29, 2007, findings and recommendations recommended that plaintiff's September 6, 2006, motion for injunctive relief be denied. Plaintiff filed objections on September 17, 2007, and requested appointment of counsel. On September 26, 2007, over plaintiff's objections, the assigned district judge adopted this court's recommendation and denied plaintiff's motion for injunctive relief. Therefore, plaintiff should have filed his amended complaint, but has failed to timely do so.

1

1     The court first turns to the request for appointment of counsel contained in plaintiff's
2  September 17, 2007, objections. District courts lack authority to require counsel to represent
3  indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296,
4  298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent
5  such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991);
6  *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no
7  exceptional circumstances in this case. Accordingly, the request for appointment of counsel is
8  denied.

9     In an abundance of caution, the court will *sua sponte* grant plaintiff a final extension of
10 time within which to file his amended complaint. Plaintiff is admonished that failure to timely
11 file an amended complaint will result in a recommendation that this action be dismissed.

12    Accordingly, it hereby is ORDERED that:

13    1. Plaintiff's request for appointment of counsel, contained within his September 17,
14 2007, objections is denied; and

15    2. Plaintiff shall file an amended complaint consistent with this court's August 29, 2007,
16 order within thirty days. Failure to timely file the amended complaint will result in a
17 recommendation that this action be dismissed.

18 DATED: October 24, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2