IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,                       No. CIV S-06-0727 LKK EFB P

        vs.

M. VEAL, Warden, et al.,

        Defendants.                FINDINGS AND RECOMMENDATIONS

/

       Plaintiff is a prisoner without counsel prosecuting this civil rights action in forma pauperis. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915(a). The case was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       By order filed August 29, 2007, the court found that plaintiff had failed to state a claim and recommended granting defendants' motion to dismiss with leave to amend. Plaintiff filed an amended complaint on November 5, 2007.

       The court has reviewed plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and, for the following reasons, finds it, too, fails to state a claim for relief.

       To state a claim under 42 U.S.C. § 1983, plaintiff must allege an identified defendant deprived plaintiff of a right secured to him by the Constitution or laws of the United States while acting under color of state law. *West v. Atkins*, 487 U.S. 42, 48-49 (1988). Plaintiff's latest

1  complaint fails to do and does not improve upon his dismissed original complaint.  The amended
2  complaint, for the most part, is a recitation of his many health problems.  He alleges generally
3  that "the psych department has failed to treat [him] for his disorders."  His specific allegations
4  fall short of stating a claim for the same reasons contained in the August 29, 2007, findings and
5  recommendations.

6        Accordingly, it is hereby RECOMMENDED that this action be dismissed for plaintiff's
7  failure to state a claim.  *See* 28 U.S.C. § 1915A; *see also Lopez v. Smith*, 203 F.3d 1122, 1128
8  (9th Cir. 2000) (indigent prisoner proceeding without counsel must be given leave to file
9  amended complaint unless the court can rule out any possibility that the plaintiff could state a
10 claim).

11       These findings and recommendations are submitted to the United States District Judge
12 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
13 after being served with these findings and recommendations, any party may file written
14 objections with the court and serve a copy on all parties.  Such a document should be captioned
15 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
16 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
17 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
18 Dated:  April 9, 2008.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE